IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:15-cv-96-GCM

| | |
|---|---|
| BRIAN D. MOTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

Plaintiff's counsel filed a Motion for Attorney Fees Under § 406(b) of the Social Security Act, seeking fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b) in the amount of $7,521.50. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,000.00 (ECF No. 20).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is **ORDERED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $7,521.50, and Plaintiff counsel shall refund to

Plaintiff the smaller award between this amount and the EAJA award.

**SO ORDERED**, this the 5th day of June 2017.

Signed: June 5, 2017

Graham C. Mullen
United States District Judge